# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In the Disciplinary Matter of

California State Bar No.:

CASE NUMBER:

This Court has received notice that

☐  the Supreme Court of California has disbarred from the practice of law the above-referenced attorney effective _____.

☐  the Supreme Court of California has suspended from the practice of law the above-referenced attorney effective _____.

☐  the State Bar Court has suspended from the practice of law the above-referenced attorney for not passing the professional responsibility exam effective _____.

☐  the State Bar Court has suspended from the practice of law the above referenced attorney for a criminal conviction, and until further order of the court, the suspension is effective _____.
_____.

☐  the above-referenced attorney has resigned with charges pending as a member of the State Bar of California and that the resignation has been accepted by the Supreme Court of California effective _____.

☐  the above-referenced attorney has enrolled as an involuntary inactive member of the State Bar of California with a case(s) pending in this Court.  As a result of the enrollment, the above-referenced attorney is ineligible to practice law effective _____.

☐  the Supreme Court of California has suspended from practice of law the above-referenced attorney for noncompliance with ☐ Rule 9.22 (Child & Family Support) ☐ Rule 9.31 Continuing Legal Education of the California Rules of Court effective _____.

☐  Other: _____
_____
_____
_____

   Therefore, the above-referenced attorney is hereby ordered to show cause, in writing within 30 days of the date of this order, why he or she should not be ☐ disbarred or ☐ suspended from the practice of law before this Court, pursuant to Rule 83-3.2 or ☐ _____ of the Local Rules for the Central District of California.

   IT IS FURTHER ORDERED, that if the above-referenced attorney does not contest the imposition of ☐ disbarment or ☐ suspension from this Court or does not respond to the order to show cause within the time specified, the Court shall issue an order of ☐ disbarment or ☐ suspension effective 30 days from the date of this order to show cause. A response to this order to show cause must make the showing required in Local Rule 83-3.2 or ☐ _____ of the Local Rules for the Central District of California. In addition, the above-referenced attorney must produce at the time the response to the order to show cause is filed a certified copy of the entire record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice.

   The response to the order to show cause and other documentation shall be filed, electronically or manually, at the U.S. Courthouse, *312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Civil Intake*. The response to the order to show cause and other documentation filed must include the case number in the caption. Unless stated otherwise by order of the Court, the above-referenced attorney who has been ☐ disbarred or ☐ suspended from the Bar of this Court because of a ☐ disbarment or ☐ suspension or ☐ _____ by ☐ the Supreme Court of California or ☐ by _____ will be reinstated upon proof of reinstatement as an active member in good standing of ☐ the State Bar of California or ☐ _____.

   An attorney registered to use the Court's Electronic Case Filing System (ECF) who is ☐ disbarred or ☐ suspended by this Court will not have access to file documents electronically until the attorney is reinstated by the State Bar of California and reinstated to the Bar of this Court.

   This Order to Show Cause is being served ☐ pursuant to Federal Rule of Civil Procedure 5 to the above-referenced attorney's current address as on file with the State Bar of California or ☐ _____.

DATE: _____

*Audrey B. Collins* (signature)

Audrey B. Collins
Chief United States District Judge

☐
Acting Chief United States District Judge